J. R. SMITH v. BRYANT LANE, from Wayne. Allen & Dortch for plaintiff; W. C. Munroe for defendant. Per

Curiam affirmed on authority of *Boon v. Drake*, 109 N. C., 79.